UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL MARTIN,

          Plaintiff,

    v.

CHERYL STRANGE,

          Defendant.

CASE NO. 3:23-cv-05039-BHS-BAT

**ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF THE PRETRIAL DEADLINES**

Plaintiff moves for a 90-day extension of the pretrial deadlines because he is currently in protective custody, will be transferred in late-June 2023 to a new facility, and will have limited access to his legal materials until that time. **Dkt. 14**. Defendant has not filed an opposition to this motion. The Court therefore **GRANTS** plaintiff's motion for an extension of the pretrial deadlines. The new deadlines are as follows:

- Discovery deadline: **September 25, 2023**. The serving party, therefore, must serve his/her discovery requests by **August 25, 2023**, so that the responding party can answer by the discovery cut-off.

- Dispositive motions deadline: **October 24, 2023**.

The Court finds it unnecessary at this time to address plaintiff's supplemental request to order non-defendant prison staff to take other actions to ensure that his legal materials are

ORDER GRANTING PLAINTIFF'S MOTION
FOR AN EXTENSION OF THE PRETRIAL
DEADLINES - 1

properly retained and transported with him to the new facility. Dkt. 14, at 2. Plaintiff's motion for an extension of the pretrial deadlines was based on the unopposed proposition that his current inability to access his legal materials would be changing at the end of June. Should further extensions of time or other measures be necessitated by changing or unforeseen circumstances, plaintiff may file a motion for such relief at a later date.

DATED this 24th day of May, 2023.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR AN EXTENSION OF THE PRETRIAL
DEADLINES - 2