UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL MARTIN,

                Plaintiff,

    v.

CHERYL STRANGE,

                Defendant.

CASE NO. 3:23-cv-05039-BHS-BAT

**ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER DENIAL OF APPOINTED COUNSEL, DKT. 16.**

On April 13, 2023, Plaintiff moved for appointment of counsel. The Court denied the motion on April 14, 2023. On August 3, 2023, Plaintiff filed a motion requesting the Court reconsider and appoint counsel. Dkt. 16.

Plaintiff requests reconsideration on the grounds that (1) imprisonment limits his ability to litigate; (2) his case is complex; (3) Defendant is represented by counsel and denying Plaintiff counsel who is indigent is unfair; and (4) his case has merit. In his initial motion for appointed counsel, Plaintiff similarly argued counsel should be appointed because he cannot afford counsel, imprisonment will greatly limit his ability to litigate, the issues are complex, he has limited knowledge of the law, and counsel is better able to handle all aspects of pretrial and trial proceedings. *See* Dkt. 12 at 1–2. Plaintiff has not established extraordinary circumstances or

shown he is likely to prevail on the merits of his claim at this point. Appointment of counsel is therefore not presently justified, and the Court **DENIES** the motion. **Dkt. 16**.

DATED this 4th day of August, 2023.

_____

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION
TO RECONSIDER DENIAL OF APPOINTED
COUNSEL, DKT. 16. - 2