UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL MARTIN,

              Plaintiff,

  v.

CHERYL STRANGE,

              Defendant.

CASE NO. 3:23-cv-05039-BHS-BAT

**ORDER STRIKING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT WITH LEAVE TO RENEW MOTION BY SEPTEMBER 15, 2023**

Plaintiff filed a motion to amend the complaint. Dkt. 17. Defendant opposed the motion because it did not, in accordance with Local Civil Rule 15, "attach a copy of the proposed amended pleading as an exhibit to the motion." Dkt. 19.

The Court **STRIKES** plaintiff's motion to amend the complaint, Dkt. 17, with leave to renew the motion by **September 15, 2023**. In addition to attaching a proposed, amended complaint, plaintiff should address whether defendants are being sued in their individual *and* official capacities. The proposed, amended complaint will serve as a substitute for, not a supplement to, the original complaint; as such, it should set forth all of claims asserted. If the Court grants leave to file the amended complaint, it will revise the pretrial deadlines accordingly. *See* Dkt. 15.

ORDER STRIKING PLAINTIFF'S MOTION
TO AMEND THE COMPLAINT WITH
LEAVE TO RENEW MOTION BY
SEPTEMBER 15, 2023 - 1

DATED this 25th day of August, 2023.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER STRIKING PLAINTIFF'S MOTION
TO AMEND THE COMPLAINT WITH
LEAVE TO RENEW MOTION BY
SEPTEMBER 15, 2023 - 2