UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL MARTIN,<br><br>               Plaintiff,<br><br>   v.<br><br>CHERYL STRANGE,<br><br>               Defendant. | CASE NO. 3:23-cv-05039-TMC-BAT<br><br>**ORDER** |

The Court **STRIKES** plaintiff's motion for an extension of time, **Dkt. 27**, as mooted by the order granting leave to amend filed at Docket Number 26. As stated in the order granting leave to amend, plaintiff may file a motion to amend the complaint *plus* an attachment of the proposed, amended complaint (that will be a **substitute for**, not a supplement to, the original complaint) by **October 4, 2023**. *See* Dkt. 26, at 1–2.

DATED this 15th day of September, 2023.

                                                BRIAN A. TSUCHIDA
                                                United States Magistrate Judge

ORDER - 1